IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case №: 1:23-CR-00225-1-JLT |
| ) Plaintiff, ) | **O R D E R** |
| ) vs. ) | **APPOINTING COUNSEL** |
| ) VICTOR MANUEL PEREZ, ) | |
| ) Defendant. ) | |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Alekxia Torres Stallings be appointed to represent Defendant effective *nunc pro tunc* to June 18, 2024.

This appointment shall remain in effect until further order of this Court or until the pending criminal matter and any direct appeal is resolved, whichever is first.

IT IS SO ORDERED.

Dated:   **June 21, 2024**                              _____

UNITED STATES MAGISTRATE JUDGE