| | |
|---|---|
| 1 | **TORRES | TORRES STALLINGS** |
| 2 | **A LAW CORPORATION** |
|   | ALEKXIA TORRES STALLINGS, SBN 296418 |
| 3 | 1318 K Street |
|   | Bakersfield, CA 93301 |
| 4 | (661) 326-0857 |
|   | (661) 326-01936 |
| 5 | Email: lextorres@lawtorres.com |

Attorney for Defendant
**Victor Manuel Perez**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:23-CR-00225-JLT |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO TERMINATE CJA APPOINTMENT OF ALEKXIA TORRES STALLINGS AS ATTORNEY OF RECORD AND ORDER** |
| VICTOR MANUEL PEREZ, | |
| Defendant. | |

On April 29, 2024, Defendant Victor Manuel Perez was issued an arrest warrant due to a Violation of Probation/Supervised release. CJA Panel Attorney Alekxia Torres Stallings was appointed as counsel to represent Mr. Perez on June 21, 2024, in his criminal case. Mr. Perez was sentenced as to the Violation Petition on September 16, 2024. The time for filing a direct appeal was 14-Days. No direct appeal was filed. Mr. Perez was in custody at the time of sentencing. The trial phase of Mr. Perez's criminal case has, therefore, come to an end. Having completed

1 her representation of Mr. Perez, CJA attorney Alekxia Torres Stallings now moves to terminate
2 her appointment under the Criminal Justice Act.
3      Should Mr. Perez require further legal assistance he/she has been advised to contact the
4 Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,
5 Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-
6 free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: October 15, 2024            Respectfully submitted,

/s/*Alekxia Torres Stallings*
Alekxia Torres Stallings, Attorney for
Defendant, Victor Manuel Perez

**ORDER**

Having reviewed the notice and found that attorney Alekxia Torres Stallings has completed the services for which he was appointed, the Court hereby grants attorney Alekxia Torres Stalling's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Victor Manuel Perez at the following address and to update the docket to reflect Defendant's pro se status and contact information.

VICTOR MANUEL PEREZ
USM: 06728-506
Central Valley Annex
245 Taylor Ave.
McFarland, CA 93250


IT IS SO ORDERED.

Dated: __October 15, 2024__                                                  _____
                                                                                                        UNITED STATES DISTRICT JUDGE