MICHELE BECKWITH
Acting United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00225-JLT |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: July 8, 2025 |
| VICTOR MANUEL PEREZ, | TIME: 2:30 P.M. |
| Defendant. | COURT: Hon. Christopher D. Baker |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a sentencing on July 8, 2025.

2. On July 8, 2025, counsel for the Defendant informed the Government that he was unable to see his client in custody to discuss the status hearing on July 8, 2025.

3. Defense counsel has requested to continue the status conference to July 29, 2025 in order to have more time to discuss the matter with the Defendant.

4. The Government does not object to continuing the status conference until July 29, 2025.

5. By this stipulation, initiated by the Defense, the parties stipulate that the status conference may be continued to July 29, 2025 to allow time for Defense preparations.

1

6. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

| Dated: July 8, 2025 | MICHELE BECKWITH<br>United States Attorney |
|---|---|
| | /s/ LUKE BATY<br>LUKE BATY<br>Assistant United States Attorney |
| Dated: July 8, 2025 | /s/ ROGER PONCE<br>ROGER PONCE<br>Counsel for Defendant<br>VICTOR MANUEL PEREZ |

**ORDER**

For good cause shown, the parties' stipulated request to continue the status conference is GRANTED. Accordingly, the status conference currently set for July 8, 2025, is continued to July 29, 2025, at 2:30 PM in Bakersfield (CDB) before Magistrate Judge Christopher D. Baker.

IT IS SO ORDERED.

Dated: **July 8, 2025**

UNITED STATES MAGISTRATE JUDGE

2